IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-34-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EDWARD MICHAEL PARKS, ) | |
| ) | |
| Defendant. ) | |

As explained in open court and incorporated herein by reference, defendant's motion to suppress [D.E. 32] is DENIED.

SO ORDERED. This _3_ day of November 2016.

                                                              _____Dever_____
                                                              JAMES C. DEVER III
                                                              Chief United States District Judge