IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:16-CR-00034-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EDWARD PARKS | ) | |

This matter comes before the Court on the motion of Defendant Edward Parks to seal his sentencing memorandum. Having considered the motion and other matters of record, the Court finds that sealing is necessary to give effect to Local Criminal Rule 32.2(j), and therefore the motion to seal should be GRANTED. Docket Entry 82 shall remain under seal.

IT IS SO ORDERED.

This the 13 day of October, 2017.

James C. Dever III
Chief United States District Judge